UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-cv-61143-AHS

BRITTNEY ISITT, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

COZMO HEALTH, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** has come before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (DE [10]).  The Court is fully advised in the premises.

Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**, each party to bear their own costs and fees.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 8th day of July 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF